**STATE of Maine**

v.

**Sherwood N. BEAULIEU.**

Supreme Judicial Court of Maine.

Submitted on Briefs Nov. 10, 1988.
Decided Nov. 18, 1988.

William R. Anderson, Dist. Atty., Geoffrey Rushlau, Asst. Dist. Atty., Bath, for plaintiff.

Peter B. Mills, Portland, for defendant.

Before ROBERTS, WATHEN, GLASSMAN, CLIFFORD, HORNBY and COLLINS, JJ.

## MEMORANDUM OF DECISION.

Contrary to the contention of Sherwood Beaulieu on his appeal from a judgment of the Superior Court (Sagadahoc County, *Perkins, J.*), entered on a conditional plea of guilty to a violation of 29 M.R.S.A. § 1312–B (Supp.1988) (operating under the influence), that the District Court (Bath, *O'Rourke, J.*) erroneously denied Beaulieu's motion to suppress evidence obtained from a stop, the record supports the court's finding that based on an anonymous tip the arresting officer had a reasonable and articulable suspicion that Beaulieu was engaged in criminal activity when he stopped the car operated by Beaulieu. *See State v. Fillion*, 474 A.2d 187, 190 (Me.1984); *State v. Hasenbank,* 425 A.2d 1330, 1332–33 (Me. 1981).

The entry is:

JUDGMENT AFFIRMED.

All concurring.

**Robert SHACKFORD**

v.

**Lawrence BOUCHARD.**

Supreme Judicial Court of Maine.

Argued Nov. 7, 1988.
Decided Nov. 22, 1988.

Jacob Apuzzo (orally), Reagan, Adams & Apuzzo, Kennebunk, for plaintiff.

Christopher C. Taintor (orally), Norman, Hanson & Detroy, Portland, for defendant.

Before ROBERTS, WATHEN, GLASSMAN, CLIFFORD, HORNBY and COLLINS, JJ.

## MEMORANDUM OF DECISION.

Contrary to the contention of Robert Shackford on his appeal from a summary judgment of the Superior Court (Cumberland County, *Brodrick, J.*) in favor of Lawrence Bouchard, the trial court properly held that the 90–day tolling period of 24 M.R.S.A. § 2903 (repealed and replaced by P.L. 1985, ch. 804, § 14) was not operative because Shackford's written notice was not served on Bouchard, and the statute of limitations for alleged negligent professional health care, *see* 14 M.R.S.A. § 753 (1980) (current version at 24 M.R.S.A. § 2902 (Supp.1988)), therefore barred Shackford's claim. *Paradis v. Webber Hospital*, 409 A.2d 672 (Me.1979).

The entry is:

JUDGMENT AFFIRMED.

All concurring.